UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

ANGELA CLAYSON,

                                  Plaintiff,

                                                                   REFERRAL ORDER
            v.                                                             08-CV-66

RUBIN & ROTHMAN, LLC,

                                  Defendant.

---

       Hon. Leslie G. Foschio, United States Magistrate Judge, is hereby designated to act in this case as follows:

       Pursuant to 28 U.S.C. § 636(b)(1)(A) and (B), all pre-trial matters in this case are referred to the above-named United States Magistrate Judge, including but not limited to:

       (1)    conduct of a scheduling conference and entry of a scheduling order pursuant to Fed. R. Civ. P. 16,

       (2)    hearing and disposition of all non-dispositive motions or applications,

       (3)    supervision of discovery, and

    (4)    supervision of all procedural matters involving the aforementioned or involving the preparation of the case or any matter therein for consideration by the District Judge.

The Magistrate Judge shall also hear and report upon dispositive motions for the consideration of the District Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and (C).

All motions or applications shall be filed with the Clerk and made returnable before the Magistrate Judge.

The parties are encouraged to consider the provisions of 28 U.S.C. § 636(c) governing consent to either partial or complete disposition of the case, including trial if necessary, by the Magistrate Judge.  Consent forms are available from the office of the Magistrate Judge or the office of the Clerk of Court.

SO ORDERED.

s/ *Richard J. Arcara*
HONORABLE RICHARD J. ARCARA
CHIEF JUDGE
UNITED STATES DISTRICT COURT

DATED: April   2   , 2008