UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

ANGELA CLAYSON,

                Plaintiff,

                                                      ORDER
           v.                                                08-CV-0066A

RUBIN & ROTHMAN, LLC,

                Defendant.

      The above-referenced case was referred to Magistrate Judge Leslie G. Foschio, pursuant to 28 U.S.C. § 636(b)(1)(B).  On January 20, 2010, Magistrate Judge Foschio filed a Report and Recommendation, recommending that defendant's motion for summary judgment be denied.

      The Court has carefully reviewed the Report and Recommendation, the record in this case, and the pleadings and materials submitted by the parties, and no objections having been timely filed, it is hereby

      ORDERED, that pursuant to 28 U.S.C. § 636(b)(1), and for the reasons set forth in Magistrate Judge Foschio's Report and Recommendation, defendant's motion for summary judgment is denied.

      The case is referred back to Magistrate Judge Foschio for further proceedings.

      SO ORDERED.

                                                *s/ Richard J. Arcara*
                                                HONORABLE RICHARD J. ARCARA
                                                UNITED STATES DISTRICT JUDGE

DATED: February 11, 2010