- 1 -

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

ANGELA CLAYSON,

                              Plaintiff,        **APPEARANCE OF COUNSEL**

-against-

RUBIN & ROTHMAN, LLC.,                   Civil Action No. 08-cv-0066

                            Defendant.

---

       I am admitted or otherwise authorized to practice in this court, and I appear in this case as local counsel for defendant, Rubin & Rothman, LLC., pursuant to Local Rule 83.2

DATED:    Buffalo, New York
             April 5, 2010

                                            s/Roy A. Mura

                                            Roy A. Mura, Esq.

                                            **MURA & STORM, PLLC**
                                            *Attorneys for Defendant*
                                            930 Rand Building
                                            14 Lafayette Square
                                            Buffalo, New York 14203
                                            (716) 855-2800
                                            roy.mura@muralaw.com

To:    Clerk of the Court
        Western District of New York
        68 Court Street
        Buffalo, New York 14202
        (716) 332-1700

cc:    Kenneth R. Hiller, Esq.
        Attorney for Plaintiff
        2001 Niagara Falls Boulevard
        Amherst, New York 14228
        (716) 564-3288
        khiller@kennethhiller.com

- 2 -

Robert L. Arleo, Esq.
*Attorney for Defendant*
164 Sunset Park Road
Haines Falls, New York 12436
(518) 589-5264

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

ANGELA CLAYSON,

                        Plaintiff,

-against-

RUBIN & ROTHMAN, LLC.,                Civil Action No. 08-CV-0066

                      Defendant.

## CERTIFICATE OF FILING

      Roy A. Mura, Esq. herby certifies and affirms that on the 6th day of April, 2010 defendant's Appearance of Counsel was electronically filed with the Clerk of the United States District Court for the Western District of New York.

DATED:    Buffalo, New York
               April 6, 2010

                                             s/Roy A. Mura

                                             Roy A. Mura, Esq.

Mura&Storm, PLLC • 930 Rand Building • 14 Lafayette Square • Buffalo, New York 14203
(716) 855-2800 • fax (716) 855-2816