UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

ANGELA CLAYSON,

              Plaintiff,

                                      **VERDICT FORM**
                                      08-CV-66A

v.

RUBIN & ROTHMAN, LLC,

              Defendant.

---

**PLEASE RESPOND TO THE FOLLOWING QUESTIONS.**

**ALL EIGHT JURORS MUST UNANIMOUSLY AGREE TO THE ANSWER TO EACH QUESTION.**

1) Has the plaintiff established her claim, by a preponderance of the evidence, that she suffered **actual damages** as a result of the defendant's violations of Sections 1692b and 1692c of the Fair Debt Collection Practices Act?

                        Yes _____  No \_\_X\_\_

**IF YOU ANSWERED "YES" ABOVE THEN PROCEED TO QUESTION 2. OTHERWISE PROCEED TO QUESTION 3.**

2) What amount, if any, do you award the plaintiff for **actual damages**?

$ _____

**Proceed to Question 3.**

3) Has the plaintiff established her claim, by a preponderance of the evidence, that she suffered **statutory damages** as a result of the defendant's violations of Sections 1692b and 1692c of the Fair Debt Collection Practices Act?

Yes _____   No __X__

**IF YOU ANSWERED "YES" ABOVE THEN PROCEED TO QUESTION 4. OTHERWISE, PROCEED TO THE FINAL INSTRUCTIONS ON PAGE 3.**

4) What amount, if any, do you award the plaintiff for **statutory damages**, not to exceed $1,000?

$ _____

## Final Instructions

Now that you have completed the verdict sheet, have the jury foreperson sign the verdict form, fill in the date, place it in the envelope provided and seal the envelope. Inform the Court by a written note that you have reached a verdict. Do not disclose the verdict to the Court or anyone else until you are asked to do so by the Judge in open Court.

**I CERTIFY THIS VERDICT TO BE TRUE AND ACCURATE.**

_____
Signature of Jury Foreperson

Dated: 3/24/11