AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Angela Clayson | **JUDGMENT IN A CIVIL CASE** |
| | CASE NUMBER: 08-CV-66 |
| v. | |
| Rubin & Rothman, LLC | |

☒ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Plaintiff did not establish her claim, by a preponderance of the evidence, that she suffered actual damages or statutory damages as a result of the Defendant's violations of Sections 1629b and 1629c of the Fair Debt Collection Practices Act.

Date: April 20, 2011     MICHAEL J. ROEMER, CLERK

By:    s/Deborah M. Zeeb
        Deputy Clerk